UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. McARDLE<br><br>            Petitioner,<br><br>    v.<br><br>STANLEY SNIFF,<br><br>            Respondent. | Case No. EDCV 08-552 PSG(JC)<br><br>(P~~ROPOSED~~)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss the Petition for Writ of Habeas Corpus is granted and this action is dismissed with prejudice.

DATED: April 20, 2009

*/s/*

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE